■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY STRIVELLI, Appellant.—Judgment of the Supreme Court, Queens County, rendered April 17, 1979, affirmed. No opinion. This case is remitted to the

Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Lazer, Cohalan and Gibbons, JJ., concur.